# Third District Court of Appeal
## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1132
Lower Tribunal No. 12-30236
_____

**Hector Rivas,**
Appellant,

vs.

**Professional Protection & Investigations Agency, Inc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Hector Rivas, in proper person.

Reiner & Reiner, P.A., and David P. Reiner, II, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Dismissed. <u>See</u> Fla. R. App. P. 9.020(g)(1) (defining "appellant" as "[a] party who seeks to invoke the appeal jurisdiction of a court"); <u>Credit Indus. Co. v. Remark Chem. Co.</u>, 67 So. 2d 540, 541 (Fla. 1953) (quoting 16 Am. Jur., <u>Declaratory Judgments</u>) ("In accordance with the fundamental rule that to be entitled to appeal a person must be aggrieved by the judgment, an appeal from a . . . judgment will be dismissed where there is nothing in it prejudicial to the claimed rights of the appellant."); <u>Portfolio Invs. Corp. v. Deutsche Bank Nat. Tr. Co.</u>, 81 So. 3d 534, 536 (Fla. 3d DCA 2012) (quoting <u>Barnett v. Barnett</u>, 705 So. 2d 63, 64 (Fla. 4th DCA 1997)) ("[A] non-party in the lower tribunal is a 'stranger to the record' and, therefore, lacks standing to appeal an order entered by the lower tribunal.").